IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHAN HAROLD JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv983-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 5, 2007 (doc. no. 4), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation (doc. no. 4) is ADOPTED; that the plaintiff's complaint is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and that this case is DISMISSED prior to service of process.

Costs are TAXED against the plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2007.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson　　　　
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE